

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00831-CV

**EX PARTE** David **REYES**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On December 1, 2014, relator filed a pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 3rd, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2000EM501651, styled *In the Interest of A.M.R., A Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Eric Rodriguez presiding.